LISA R. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Dwayne Shannon,<br>                Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER of Social Security,<br>                Defendant | Civil Action No. 3:11-cv-01409-RE<br><br><br>ORDER GRANTING AWARD<br>OF EAJA FEES, EXPENSES<br>COSTS |

ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> U.S. (2010), it is hereby ordered that EAJA attorney's fees of $ 4,461.75 and expenses $2.81 and costs of $ 9.10, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 8th day of February, 2013.

_____
Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224